UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62083-CIV-ALTMAN/Hunt

**HANH DANH**,

    Plaintiff,

v.

**MODLIN SLINSKY, P.A.**,

    Defendant.

_____/

## ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Notice of Pending Settlement [ECF No. 5], filed on October 8, 2019. The Plaintiff represents to the Court that the parties have resolved this matter by settlement. The Court, having reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of October 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record